FILED
Western District of Washington
at Seattle

FEB 22 2017

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

JUDGE Christopher M. Alston
CHAPTER 7

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON **AT SEATTLE**

In re:

IMPEX DEVELOPMENT LLC

Debtor(s).

Chapter 7

No. 10-15907-CMA

**UNCLAIMED DIVIDENDS MORE THAN $25 FOR DEPOSIT TO REGISTRY FUNDS**

| Claim #4 | Amount Claimed | Amount Paid |
|---|---|---|
| Charles W. Horton<br>d/b/a C.W. Horton General Contractors<br>c/o Richard Hyatt<br>Ryan Swanson Cleveland PLLC<br>1201 Third Avenue #3400<br>Seattle WA 98101 | $1,523.00 | $1,377.88 |

Dated: February 8, 2017

_____
Edmund J. Wood, WSBA #03695
Chapter 7 Trustee

Wood & Jones, P.S.
303 N 67th Street
Seattle WA 98103
(206) 623-4382

Page 1